Barry Himmelstein (SBN #157736)
HIMMELSTEIN LAW NETWORK
2000 Powell St., Suite 1605
Emeryville, CA 94608
Telephone: (510) 450-0782
Facsimile: (510) 450-0799

In *Propria Persona*

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIEFF, CABRASER, HEIMANN, & BERNSTEIN, LLP, a California Limited Liability Partnership, <br><br> Petitioner, <br><br> vs. <br><br> BARRY R. HIMMELSTEIN, Esq., an individual, <br><br> Respondent. | Case No. CV11 1284 <br><br> CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT |

    I am employed in the County of Contra Costa, California. I am over the age of 18 years and not a party to the within action. My business address is 1513 Greenridge Rd., Pittsburg, California 94565.

    On March 17, 2011, I served the documents named below on petitioner's counsel of record in the within action by depositing them in the United States Mail, first-class postage prepaid:

**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT;**

SERVED ON:

Joseph McMonigle
Long & Levit LLP
465 California St., Suite 500
San Francisco, CA 94104

    I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed on March 17, 2011 at Oakland, California.

_____
Valeria Valdivia